JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ, | Case No. CV 14-4009 FMO (ASx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| IGNACIO SERRANO, | |
| Defendant. | |

Pursuant to the Court's Order Re: Application for Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS HEREBY ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiff Daniel Lopez against defendant Ignacio Serrano in the amount of $6,290.00 for statutory damages, costs and attorney's fees. The total amount is allocated as follows:

   A. Statutory damages in the amount of $4,000.00.

   B. Attorney's fees in the amount of $1,870.00.

   C. Costs in the amount of $420.00.

2. Plaintiff shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 26th day of August, 2014.

/s/
Fernando M. Olguin
United States District Judge